```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROY TAYLOR,

               Plaintiff,

-against-

NYC et al.,

               Defendants.

20-cv-5036 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the Court will hold a status conference in this case on April 17, 2023 at 11:00 a.m. The conference will be held by telephone. To join the conference, dial 888-278-0296 and enter Access Code 5195844. Well in advance of the conference, counsel for the City shall coordinate with the Warden or other official in charge to confirm that Plaintiff will be made available for the conference.

    The Clerk of Court respectfully is requested to mail a copy of this Order to Plaintiff and to terminate the letter motion pending at docket entry 69.

**SO ORDERED.**

**Date: March 6, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**