UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/17/2023___
```

ROY TAYLOR,

                              Plaintiff,

               -against-

NYC et al.,

                              Defendants.

20-cv-5036 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On April 17, 2023, the Court held a status conference in this matter.  As the Court stated on the record at the conference, Plaintiff's requests for recusal [ECF Nos. 49, 56] are DENIED. Plaintiff's attempts to relitigate the previous denial of his request for injunctive relief and his further requests for injunctive relief [ECF Nos. 50, 56, 61, 66] are DENIED.

Plaintiff's request to amend his complaint [ECF No. 60] is GRANTED.  Any amended complaint is due May 15, 2023.

Defendant's request to file a motion to dismiss the amended complaint [ECF No. 71] is GRANTED.  The motion to dismiss is due May 29, 2023.  Any opposition is due June 30, 23.  Any reply is due July 7, 2023.

Defendant is directed to serve a copy of this Order on Plaintiff and to file proof of such service on ECF.

The Clerk of Court respectfully is requested to terminate the motions pending at 49, 50, 56, 60, 61, 66, and 71.

**SO ORDERED.**

**Date:  April 17, 2023**
**       New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**