UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/29/2024
```

ROY TAYLOR,

                Plaintiff,

-against-

NYC et al.,

                Defendants.

20-cv-5036 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Defendant's letter requesting leave to file a motion to dismiss Plaintiff's operative pleading [ECF Nos. 88, 89]. The Court is also in receipt of Plaintiff's letter opposing dismissal [ECF No. 91] and his letter, addressed to the Chief Judge, requesting my recusal [ECF No. 90]. There is no basis for my recusal in this case because there is no reason to question my impartiality. *See In re Aguinda*, 241 F.3d 194, 201 (2d Cir. 2001). This Court has "no personal bias concerning the outcome of the case," nor does the Court have a "personal or fiduciary interest in the outcome of the case." *United States v. Lovaglia*, 954 F.2d 811, 815 (2d Cir. 1992). The Court will continue to preside over this case fairly and impartially.

    Accordingly, with respect to Defendant's contemplated motion to dismiss, IT IS HEREBY ORDERED that Defendant shall file its motion by March 14, 2024. **Plaintiff shall respond by April 29, 2024.** Any reply is due May 6, 2024.

    The Clerk of Court respectfully is requested to terminate docket entry 89 and mail Plaintiff this Order.

**SO ORDERED.**

Date: February 29, 2024
New York, NY

                                        */s/ Mary Kay Vyskocil*
                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**